IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
Civ. No. 7:14-cv-00209-FL

| | |
|---|---|
| JENNIFER C. STRINGFIELD, ) | |
| ) | |
| Plaintiff, ) | |
| ) | ORDER FOR |
| v. ) | PAYMENT OF ATTORNEY FEES |
| ) | UNDER THE EQUAL ACCESS |
| CAROLYN W. COLVIN, ) | TO JUSTICE ACT |
| Acting Commissioner of Social Security, ) | |
| ) | |
| Defendant. ) | |

Upon stipulation and agreement of the parties, it is ORDERED that Defendant pay to Plaintiff $5,750.00 in attorney's fees in full satisfaction of any and all claims arising under the Equal Access to Justice Act, 28 U.S.C. § 2412. If the award to Plaintiff is not subject to the Treasury Offset Program, payment will be made by check payable to Plaintiff's counsel, Jonathan P. Miller, and mailed to counsel's office at 1213 Culbreth Drive, Wilmington, NC 28405 in accordance with Plaintiff's assignment of the right to payment of attorney's fees under the Equal Access to Justice Act.

SO ORDERED this  11th   day of March, 2016.

*[signature]*

LOUISE W. FLANAGAN
United States District Judge