IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
Civil Action No. 7:14-cv-00209-FL

| | |
|---|---|
| JENNIFER C. STRINGFIELD, )<br>Plaintiff, )<br> )<br>vs. )<br> )<br>ANDREW M. SAUL, )<br>Commissioner of )<br>Social Security, )<br>Defendant. )<br> ) | ORDER |

Plaintiff's counsel filed a motion for approval of attorney's fees under section 206(b) of the Social Security Act, 42 U.S.C. § 406(b), in the amount of $15,483.38 Attorney's fees under section 206(b) are paid from past-due benefits awarded to a successful claimant. 42 U.S.C. § 406(b). Plaintiff has previously been awarded attorney's fees under the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412, in the amount of $5,750.00 (ECF No. 31).

Defendant filed a response, stating that under *Gisbrecht v. Barnhart*, 535 U.S. 789 (2002), it is the duty of the Court to determine a reasonable fee.

It is ORDERED that Plaintiff's counsel be awarded fees under 42 U.S.C. § 406(b) in the amount of $15,483.38, and refund to Plaintiff the smaller award between this amount and the EAJA award.

SO ORDERED, this 26th day of August, 2019.

_____
LOUISE W. FLANAGAN
United States District Judge